**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT E. JACKSON, | ) | No. CV 05-1139-DOC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KATHY M. POWERS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 13, 2010

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge